IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 24-12082-amc |
| John M Pike | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| Wells Fargo Bank, N.A. | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | <u>October 29, 2025 at 11:00 a.m.</u> |
| | : | |
| John M Pike | : | U.S. Bankruptcy Court |
| Scott F. Waterman | : | 900 Market Street, Suite 400, Courtroom #4 |
| Respondents. | : | Philadelphia, PA, 19107 |
| | : | |

## MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 2123 ELDER AVENUE, MORTON, PA 19070

Wells Fargo Bank, N.A. ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay on the real property located at 2123 Elder Avenue, Morton, PA 19070 ("Property"). In support of its motion, Creditor states the following:

1. John M. Pike ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 18, 2024 (the "Petition Date").

2. On August 31, 2012, Debtor executed a Note in the original amount of $181,649.00 (the "Note").  A copy of the Note is attached hereto as Exhibit A.

3. To secure the Note, a Mortgage was given August 31, 2012 and recorded September 5, 2012.  A copy of the Mortgage and subsequent Assignments of Mortgage are attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

24-013386_SJW

4.  Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5.  There are other liens against the property as listed in Debtor's Schedule D.

6.  As of September 22, 2025 the total outstanding amount due on the Note is $154,648.12 which consists of:

    | | |
    |---|---|
    | Principal | $131,607.20 |
    | Interest | $6,190.12 |
    | Escrow advance | $14,516.46 |
    | Late charges | $869.46 |
    | Other Fees | $4,268.25 |
    | Contractual Suspense funds | $(2,803.37) |

7.  Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) to proceed under applicable non-bankruptcy law to enforce its remedies and to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the Mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

8.  Creditor is entitled to relief from the automatic stay for the following reason(s):

    a.  Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's post-petition default.

    b.  Debtor is in default post-petition. Debtor has failed to make full post-petition payments for the past 3 months as of September 22, 2025 and is in default in the amount of $4,043.08. A copy of the post-petition history is attached as Exhibit C. This amount is broken down as follows:

24-013386_SJW

| **Post Petition Payments Delinquent to Creditor** | | |
|---|---|---|
| **Date Range** | **Amount** | **Total** |
| July 2025 to September 2025 | $1,863.98 | $5,591.94 |
| Post-Petition Suspense: $(1,548.86) | | |
| Total: $4,043.08 | | |

9. Creditor requests that the Court order that Rule 4001(a)(4) is not applicable.

10. Creditor further requests that further compliance with Fed.R.Bankr.P. 3002.1 be waived as to creditor in the instant bankruptcy case upon entry of an Order granting relief from the automatic stay.

WHEREFORE, Creditor prays for the entry of an Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

24-013386_SJW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 24-12082-amc |
| John M Pike | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| Wells Fargo Bank, N.A. | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | <u>October 29, 2025 at 11:00 a.m.</u> |
| | |
| John M Pike | U.S. Bankruptcy Court |
| Scott F. Waterman | 900 Market Street, Suite 400, Courtroom #4 |
| Respondents. | Philadelphia, PA, 19107 |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of Wells Fargo Bank, N.A. for Relief from the Automatic Stay on First Mortgage for Real Property located at 2123 Elder Avenue, Morton, PA 19070 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

BRAD J. SADEK, Attorney for John M Pike, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

John M Pike, 2123 Elder Avenue, Morton, PA  19070

Hometap, 75 Arlington Street, Suite 300, Boston, MA  02116

/s/ Adam B. Hall

24-013386_SJW